UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN NOVELL GRIFFIN                                         CIVIL ACTION

VERSUS                                                      NO. 09-6757

SHERIFF MARLIN GUSMAN ET AL.                                SECTION "F" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint under 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE